**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **18-32417-H5-11**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1.

**13610 Bermuda Dunes Court**
Street address, if available, or other description

**Houston** **TX** **77069**
City State ZIP Code

**Harris**
County

**Homestead**
**Legal Description:**
**RES A BLK 2**
**Champions North**

**What is the property?**
Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$939,194.00

**Current value of the portion you own?**
$939,194.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☒ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................... ➜ **$939,194.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

Debtor 1    __Stephen Harry Dernick_____     Case number (if known)  __18-32417-H5-11__

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|--------------------------------------|---|
| Make: **Ferrari** | Check one. | |
| Model: **California** | ☐ Debtor 1 only | |
| Year: **2016** | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☑ At least one of the debtors and another | |
| Other information: | | **$160,000.00**          **$160,000.00** |
| **2016 Ferrari California T** | ☑ Check if this is community property (see instructions) | |

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|--------------------------------------|---|
| Make: **Mercedes Benz** | Check one. | |
| Model: **SL 65** | ☐ Debtor 1 only | |
| Year: **2015** | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☑ At least one of the debtors and another | |
| Other information: | | **$20,000.00**          **$20,000.00** |
| **2015 Mercedes Benz SL 65** | ☑ Check if this is community property (see instructions) | |

| 3.3. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|--------------------------------------|---|
| Make: **Mercedes Benz** | Check one. | |
| Model: **CLS 63** | ☐ Debtor 1 only | |
| Year: **2016** | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☑ At least one of the debtors and another | |
| Other information: | | **$60,000.00**          **$60,000.00** |
| **2016 Mercedes Benz CLS 63** | ☑ Check if this is community property (see instructions) | |

| 3.4. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|--------------------------------------|---|
| Make: **Mercedes Benz** | Check one. | |
| Model: **GLS 63** | ☐ Debtor 1 only | |
| Year: **2018** | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☑ At least one of the debtors and another | |
| Other information: | | **$80,000.00**          **$80,000.00** |
| **2018 Mercedes Benz GLS 63** | ☑ Check if this is community property (see instructions) | |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
     entries for pages you have attached for Part 2. Write that number here.........................................➔     **$320,000.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1      **Stephen Harry Dernick**                                                Case number (if known)   **18-32417-H5-11**

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes.  Describe.....   **Stove $50.00**                                                               **$12,840.00**
                            **Microwave $10.00**
                            **Refrigerator $50.00**
                            **Dishwasher $50.00**
                            **Washing Machine $50.00**
                            **Dryer $50.00**
                            **Living Room Furniture $500.00**
                            **Den Furniture $600.00**
                            **Master Bedroom Furniture $1,500.00**
                            **Second Bedroom Furniture $6,000.00**
                            **Dining Room Furniture $900.00**
                            **Lawn Furniture $80.00**
                            **Other Furniture $2,000.00**
                            **Household Tools $50.00**
                            **Plates, China, etc. $650.00**
                            **Silverware $300.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
            music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes.  Describe.....   **CDs and DVDs $10.00**                                                         **$310.00**
                            **Televisions (3) $200.00**
                            **DVD Players (2) $25.00**
                            **Stereo $50.00**
                            **Computer $25.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
            stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes.  Describe.....   **Artwork**                                                                     **$100,000.00**
                            **Books**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
            canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes.  Describe.....   **Golf Clubs $100.00**                                                          **$15,600.00**
                            **2007 Golf Cart $500.00**
                            **Musical instruments $15,000**
                            **(Guitars, drums, amplifiers, keyboard and others)**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....   **Clothing and Shoes**                                                          **$300.00**

Debtor 1    **Stephen Harry Dernick**                              Case number (if known)    **18-32417-H5-11**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☐ No
- ☑ Yes. Describe.....    **Jewelry and Watches**                                            **$100,000.00**
    **Most jewelry is separate property of spouse.**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- ☑ No
- ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☑ No
- ☐ Yes. Give specific information............

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here...............................................................** ➔    | **$229,050.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☐ No
- ☑ Yes............................................................................................. Cash: ........................    **$4,800.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

- ☐ No
- ☑ Yes...........................    Institution name:

| | | | |
| --- | --- | --- | --- |
| 17.1. | Checking account: | **Wells Fargo** **Checking Account xxx7449** **Garnished** | **$6,913.00** |
| 17.2. | Checking account: | **Wells Fargo** **Checking Account xxx1971** **Garnished** | **$67,293.00** |
| 17.3. | Checking account: | **Bank of America** **Checking Account xxx4190** **Garnished** | **$624.00** |
| 17.4. | Checking account: | **Bank of America** **Checking Account xxx4281** **Garnished** | **$499.00** |
| 17.5. | Checking account: | **Bank of America** **Checking Account xxx4647** **Garnished** | **$1,046.00** |

Debtor 1    **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

|  |  |  |  |
|---|---|---|---|
| 17.6. | Savings account: | **Wells Fargo**<br>**Savings Account xxx2188**<br>**Garnished** | $119.75 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Riley Exploration Permian LLC** | 1.9% | $6,825,000.00 |
| **Dernick Land LLC** | 55.39% | $2,500.00 |
| **Wimmer Petroleum Corporation** | 50% | $54,000.00 |
| **Ponoka Petroleum Inc.**<br>**(Properties Sold)** | 50% | $0.00 |
| **SJDernick Properties Ltd.**<br>**(Inactive)** | 50% | $0.00 |
| **SJDernick Management LLC**<br>**(Inactive)** | 50% | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them........................    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:    Institution name:

| | | | |
|---|---|---|---|
| | Retirement account: | **Sarsep** | $131,807.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................ Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

Debtor 1     **Stephen Harry Dernick** _____     Case number (if known)   **18-32417-H5-11**

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes.  Give specific     **Stephen Harry Dernick Trust**                                          **$0.00**
information about them   **(assets from Glenda Dernick estate - mother)**
**Cash in bank account at Wells Fargo - garnished**

26.  **Patents, copyrights, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them

**Money or property owed to you?**                                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28.  **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information     Federal: _____
about them, including whether
you already filed the returns          State: _____
and the tax years.....................
Local: _____

29.  **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information     Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30.  **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

31.  **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value...............     Company name:          Beneficiary:          Surrender or refund value:

**Life Insurance Policy through Lincoln**
**National Life Insurance Company**

**David Dernick is trustee**          **Stephen H Dernick Life**
**Debtor has no interest in policies** **Insurance Trust**          **$0.00**

Debtor 1   **Stephen Harry Dernick** _____   Case number (if known)   **18-32417-H5-11** _____

| | | |
|---|---|---|
| **Jewelry and Art Insurance Policy through Pure** | Debtor | $0.00 |
| **Homeowners Insurance Policy through Pure** | Debtor | $0.00 |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☐ No
☑ Yes.  Give specific information   **Funds held by deceased mother's estate that have not been paid      $47,000.00
to debtor (held in Stephen H. Dernick Trust)**

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........                                                  _____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........                                                  _____

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information                                                   _____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here.................................................................➔**   | **$7,141,601.75** |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐ No
☑ Yes.  Describe..  **See continuation page(s).**                                     **$908,411.00**

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                   _____

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                   _____

**41.  Inventory**

☑ No
☐ Yes.  Describe..                                                                   _____

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known)   **18-32417-H5-11**

**42. Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe.....   Name of entity:                                                    % of ownership:

**See list in item 19 for other entities** _____   _____   **Unknown**

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.....                                                    _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here**................................................................➔  | **$908,411.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>**If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                    _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............                                                    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                    _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                    _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............                                                    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here**................................................................➔  | **$0.00** |

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known)   __18-32417-H5-11__

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

**In January of 2016, Debtor and his brother owned approximately a 64.31% interest in Dernick Land, LLC.  Dernick Land, LLC owned a 35% interest in Dernick Encore, LLC.  Dernick Land, LLC transferred its 35% interest in Dernick Encore, LLC to David Russell Family Partnership and Northstar in January of 2016.  Stout Reiss Strauss prepared an expert report in February of 2018 and valued the 35% interest in Dernick Encore, LLC at the time of the transfer in 2016 at approximately $23,400,000.**    **Unknown**

54.   Add the dollar value of all of your entries from Part 7.  Write that number here............................➜   **$0.00**

---

**Part 8:    List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2**................................................................................................➜   **$939,194.00**

56.  **Part 2: Total vehicles, line 5**             **$320,000.00**

57.  **Part 3: Total personal and household items, line 15**       **$229,050.00**

58.  **Part 4: Total financial assets, line 36**        **$7,141,601.75**

59.  **Part 5: Total business-related property, line 45**       **$908,411.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

61.  **Part 7: Total other property not listed, line 54**       +   **$0.00**

62.  **Total personal property.**   Add lines 56 through 61.................   **$8,599,062.75**   Copy personal property total ➜  +  **$8,599,062.75**

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................   **$9,538,256.75**

Debtor 1    **Stephen Harry Dernick** _____     Case number (if known)   **18-32417-H5-11** _____

**38.**   Accounts receivable or commissions you already earned (details):

**Working Capital Loan to Dernick Encore LLC**                                                **$10,000.00**

**Reimbursment of Deferred Salary from Dernick Land LLC**                                     **$512,000.00**

**Reimbursement of Business Expenses from Dernick Land LLC**
**March 2016 through February 2017**                                                          **$147,072.00**

**Reimbursement of Business Expenses from Dernick Land LLC**
**July 2016 through April 2018**                                                              **$35,014.00**

**Alan Buckner**                                                                              **$204,325.00**

**Fill in this information to identify your case:**

Debtor 1        **Stephen**        **Harry**        **Dernick**
                First Name         Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name     Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **18-32417-H5-11**
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2016 Ferrari California T**<br><br>Line from *Schedule A/B*:   **3.1** | $160,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2015 Mercedes Benz SL 65**<br><br>Line from *Schedule A/B*:   **3.2** | $20,000.00 | ☑ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Stephen Harry Dernick** | Case number (if known) | **18-32417-H5-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2016 Mercedes Benz CLS 63**<br><br>Line from *Schedule A/B*: __3.3__ | **$60,000.00** | ☑ **$60,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2018 Mercedes Benz GLS 63**<br><br>Line from *Schedule A/B*: __3.4__ | **$80,000.00** | ☑ **$20,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Stove $50.00**<br>**Microwave $10.00**<br>**Refrigerator $50.00**<br>**Dishwasher $50.00**<br>**Washing Machine $50.00**<br>**Dryer $50.00**<br>**Living Room Furniture $500.00**<br>**Den Furniture $600.00**<br>**Master Bedroom Furniture $1,500.00**<br>**Second Bedroom Furniture $6,000.00**<br>**Dining Room Furniture $900.00**<br>**Lawn Furniture $80.00**<br>**Other Furniture $2,000.00**<br>**Household Tools $50.00**<br>**Plates, China, etc. $650.00**<br>**Silverware $300.00**<br>Line from *Schedule A/B*: __6__ | **$12,840.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**CDs and DVDs $10.00**<br>**Televisions (3) $200.00**<br>**DVD Players (2) $25.00**<br>**Stereo $50.00**<br>**Computer $25.00**<br>Line from *Schedule A/B*: __7__ | **$310.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Artwork**<br>**Books**<br>Line from *Schedule A/B*: __8__ | **$100,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Golf Clubs $100.00**<br>**2007 Golf Cart $500.00**<br>**Musical instruments $15,000**<br>**(Guitars, drums, amplifiers, keyboard and others)**<br>Line from *Schedule A/B*: __9__ | **$15,600.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1     **Stephen Harry Dernick** _____     Case number (if known)  **18-32417-H5-11**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Clothing and Shoes**<br><br>Line from *Schedule A/B*:  **11** | **$300.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Jewelry and Watches**<br>**Most jewelry is separate property of spouse.**<br>Line from *Schedule A/B*:  **12** | **$100,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Sarsep**<br><br>Line from *Schedule A/B*:  **21** | **$131,807.00** | ☑ **$131,807.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Life Insurance Policy through Lincoln National Life Insurance Company**<br><br>**David Dernick is trustee**<br>**Debtor has no interest in policies**<br>Line from *Schedule A/B*:  **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Jewelry and Art Insurance Policy through Pure**<br>Line from *Schedule A/B*:  **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Homeowners Insurance Policy through Pure**<br>Line from *Schedule A/B*:  **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Working Capital Loan to Dernick Encore LLC**<br>Line from *Schedule A/B*:  **38** | **$10,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Reimbursment of Deferred Salary from Dernick Land LLC**<br>Line from *Schedule A/B*:  **38** | **$512,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

Debtor 1    **Stephen Harry Dernick**                                          Case number (if known)   **18-32417-H5-11**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Reimbursement of Business Expenses from Dernick Land LLC**<br>**March 2016 through February 2017**<br>Line from *Schedule A/B*:   **38** | **$147,072.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Reimbursement of Business Expenses from Dernick Land LLC**<br>**July 2016 through April 2018**<br>Line from *Schedule A/B*:   **38** | **$35,014.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Alan Buckner**<br><br>Line from *Schedule A/B*:   **38** | **$204,325.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **18-32417-H5-11**
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>List All Secured Claims</strong></td></tr>
</table>

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | **$698,316.00** | **$939,194.00** | |
| **BB&T**<br>Creditor's name<br>**Attn: Bankruptcy**<br>Number   Street<br>**PO Box 1847** | **Homestead** | | | |

| | As of the date you file, the claim is: Check all that apply. |
|---|---|
| **Wilson          NC   27894**<br>City          State   ZIP Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Conventional Real Estate Mortgage**

Date debt was incurred   **03/2009**     Last 4 digits of account number     **4   7   4   3**

Add the dollar value of your entries in Column A on this page. Write that number here:                         **$698,316.00**

Debtor 1    **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | Describe the property that secures the claim: | $160,195.00 | $160,000.00 | $195.00 |
|---|---|---|---|---|

**Ferrari Financial Services**
Creditor's name
**75 Remittance Road**      **2016 Ferrari California T**
Number    Street

**Chicago**          **IL**    **60675**
City            State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**   **Jan 2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number**   **2  1  5  9**

Add the dollar value of your entries in Column A on this page. Write that number here:                                    $160,195.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:                $858,511.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32417-H5-11**
(if known)

☐ Check if this is an
    amended filing

<u>Official Form 106E/F</u>

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.   **Do any creditors have priority unsecured claims against you?**

☑ No.  Go to Part 2.
☐ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | | | |

| 2.1 | | |
|---|---|---|

_____
Priority Creditor's Name

_____
Number       Street

_____

_____
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1    **Stephen Harry Dernick**                              Case number (if known)   **18-32417-H5-11**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | **Total claim** |

---

**4.1**                                                                                            **$13,258.00**

**Amex**
Nonpriority Creditor's Name
**Correspondence**
Number     Street
**PO Box 981540**

**El Paso**              **TX**      **79998**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another
☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    **6   1   9   3**
**When was the debt incurred?**    **06/1978**

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
   **Credit Card**

---

**4.2**                                                                                            **$0.00**

**Bank Of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 982238**

**El Paso**              **TX**      **79998**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another
☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    **2   7   7   2**
**When was the debt incurred?**    **03/2002**

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
   **Credit Card**

---

Debtor 1 __Stephen Harry Dernick__                                    Case number (if known) __18-32417-H5-11__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.3 | | $64,392.00 |
| --- | --- | --- |

**Barry Conge Harris**
Nonpriority Creditor's Name
**1776 Yorktown Street #350**
Number          Street

**Houston                    TX      77056**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Legal fees**

**Last 4 digits of account number**   0   0   0   2
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Unsecured Debt**

| 4.4 | | $0.00 |
| --- | --- | --- |

**Capital One / Saks F**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**PO Box 30285**

**Salt Lake City              UT      84130**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   9   1   2   3
**When was the debt incurred?** __08/1982__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Charge Account**

Debtor 1   **Stephen Harry Dernick**                                      Case number (if known)   **18-32417-H5-11**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

**4.5**                                                                                 $187.00

**Citibank/Sears**
Nonpriority Creditor's Name
**Centralized Bankruptcy**
Number      Street
**PO Box 790034**


**St Louis**              **MO**      **63179**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0   7   0   0**
When was the debt incurred?   **07/1982**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

**4.6**                                                                                 $0.00

**Comenity Bank/Talbots**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number      Street
**PO Box 182125**


**Columbus**              **OH**      **43218**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   0   2   2**
When was the debt incurred?   **07/27/1993**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

---

**4.7**                                                                                 ($1.00)

**Comenity Bank/Talbots**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number      Street
**PO Box 182125**


**Columbus**              **OH**      **43218**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   9   9   6**
When was the debt incurred?   **07/1993**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

Debtor 1   **Stephen Harry Dernick**　　　　　　Case number (if known)　**18-32417-H5-11**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.8**

**Comenitybank/talbots**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 182125**

**Columbus          OH     43218**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1   4   2   6**
**When was the debt incurred?**   **07/1993**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Charge Account**

**$0.00**

**4.9**

**David H. Russell Family Ltd Partnership**
Nonpriority Creditor's Name
**c/o Jeffry L. Mills**
Number     Street
**Wicks Phillips Gould and Martin**

**3131 McKinney Ave, Ste 100**

**Dallas          TX     75204**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Judgment**

**$11,220,000.00**

**Amount does not include interest and attorneys fees; Debtor will appeal judgment**

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known)   **18-32417-H5-11**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
|---|

| 4.10 | | | **$0.00** |
|---|---|---|---|

**Neiman Marcus**
Nonpriority Creditor's Name
**P.O. Box 5235**
Number       Street

_____

| **Carol Stream** | **IL** | **60197** |
|---|---|---|
City | State | ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.11 | | | **$3,520,000.00** |
|---|---|---|---|

**Northstar Gas Ventures LLC**
Nonpriority Creditor's Name
**11 Greenway Plaza**
Number       Street

_____

| **Houston** | **TX** | **77046** |
|---|---|---|
City | State | ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Judgment**

**Judgment does not include interest and attorneys fees**

Debtor 1    **Stephen Harry Dernick**        Case number (if known)   **18-32417-H5-11**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.12**

| | | **$0.00** |
|---|---|---|

**Saks Fifth Avenue**
Nonpriority Creditor's Name
**P.O. Box 60504**
Number      Street

Last 4 digits of account number   **9**   **1**   **2**   **3**

When was the debt incurred? _____

**City of Industry**      **CA**    **91716**
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.13**

| | | **$46,750.00** |
|---|---|---|

**Stout Risius Ross**
Nonpriority Creditor's Name
**P.O. Box 71770**
Number      Street

Last 4 digits of account number   **6**   **4**   **4**   **3**

When was the debt incurred? _____

**Chicago**      **IL**    **60694**
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured Debt**

**Consulting services for litigation**
**Total amount is approximately $85,000**
**Debtor has responsibility for 55% of the amount owed**

Debtor 1    **Stephen Harry Dernick**                                  Case number (if known)    **18-32417-H5-11**

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                              **Total claim**

**4.14**                                                                                                                          **$0.00**

**US Bank**
Nonpriority Creditor's Name
**POBox 5229**
Number        Street


**Cincinnati**          **OH**    **45201**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7**  **3**  **6**  **0**
When was the debt incurred?    **12/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Automobile**

**4.15**                                                                                                                          **$60.00**

**Visa (Bank of America)**
Nonpriority Creditor's Name
**P.O. Box 851001**
Number        Street


**Dallas**              **TX**    **75285**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2**  **7**  **7**  **2**
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Unsecured Debt**

**4.16**                                                                                                                          **$0.00**

**Wells Fargo Home Mor**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**MAC X7801-014   3476 Stateview Blvd**


**Fort Mill**           **SC**    **29715**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8**  **9**  **5**  **3**
When was the debt incurred?    **06/2005**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Conventional Real Estate Mortgage**

Debtor 1    **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

**4.17**

**$0.00**

**Wffnb/gallery Furnitur**
Nonpriority Creditor's Name
**Wffnb Card Services**
Number    Street
**PO Box 51193**

**Las Vegas            NV      89193**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1    6    6    4**
**When was the debt incurred?**    **09/21/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

Debtor 1   **Stephen Harry Dernick** _____   Case number (if known)   **18-32417-H5-11**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Internal Revenue Service**
Name
**P.O. Box 7346**
Number        Street

_____

**Philadelphia          PA       19101**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Internal Revenue Service**
Name
**Insolvency Section**
Number        Street
**1919 Smith St  Stop 5022 HOU**

_____

**Houston               TX       77002**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Stutzman, Bromberg, Esserman & Plifka**
Name
**2323 Bryan Street, Suite 2200**
Number        Street

_____

**Dallas                 TX       75201**
City                        State      ZIP Code

**Attorneys for Northstar Gas Ventures, LLC**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Wick Phillips Gould & Martin**
Name
**3131 McKinney Ave Ste 100**
Number        Street

_____

**Dallas                 TX       75204**
City                        State      ZIP Code

**Attorneys for David H. Russell Family Ltd Partnership LLLP**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1  **Stephen Harry Dernick**                              Case number (if known)  __18-32417-H5-11__

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
   28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|   |   |   | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|   | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|   | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|   | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $0.00 |
|   | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $0.00 |

|   |   |   | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|   | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|   | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|   | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $14,864,646.00 |
|   | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $14,864,646.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32417-H5-11**
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32417-H5-11**
(if known)

☐ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **Judith Dernick**
      Name of your spouse, former spouse, or legal equivalent
      **13610 Bermuda Drive Court**
      Number        Street

      | | | |
      |---|---|---|
      | **Houston** | **TX** | **77069** |
      | City | State | ZIP Code |

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  Your codebtor

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

   3.1  **Judith Dernick**
        Name
        **13610 Bermuda Drive Court**
        Number      Street

   ☑ Schedule D, line  **2.1**

   ☐ Schedule E/F, line _____

   ☐ Schedule G, line _____

   | | | |
   |---|---|---|
   | **Houston** | **TX** | **77069** |
   | City | State | ZIP Code |

   **BB&T**

Official Form 106H                    **Schedule H: Your Codebtors**                    page 1

Debtor 1   __Stephen Harry Dernick__                     Case number (if known)   __18-32417-H5-11__

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Judith Dernick** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line __4.4__ |
| | **13610 Bermuda Drive Court** | |
| | Number       Street | ☐ Schedule G, line _____ |
| | **Houston**               **TX**        **77069** | **Capital One / Saks F** |
| | City                      State      ZIP Code | |

| 3.3 | **Judith Dernick** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line __4.5__ |
| | **13610 Bermuda Drive Court** | |
| | Number       Street | ☐ Schedule G, line _____ |
| | **Houston**               **TX**        **77069** | **Citibank/Sears** |
| | City                      State      ZIP Code | |

| 3.4 | **Judith Dernick** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line __4.6__ |
| | **13610 Bermuda Drive Court** | |
| | Number       Street | ☐ Schedule G, line _____ |
| | **Houston**               **TX**        **77069** | **Comenity Bank/Talbots** |
| | City                      State      ZIP Code | |

| 3.5 | **Judith Dernick** | ☑ Schedule D, line __2.2__ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | **13610 Bermuda Drive Court** | |
| | Number       Street | ☐ Schedule G, line _____ |
| | **Houston**               **TX**        **77069** | **Ferrari Financial Services** |
| | City                      State      ZIP Code | |

| 3.6 | **Judith Dernick** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line __4.12__ |
| | **13610 Bermuda Drive Court** | |
| | Number       Street | ☐ Schedule G, line _____ |
| | **Houston**               **TX**        **77069** | **Saks Fifth Avenue** |
| | City                      State      ZIP Code | |

| 3.7 | **Judith Dernick** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line __4.17__ |
| | **13610 Bermuda Drive Court** | |
| | Number       Street | ☐ Schedule G, line _____ |
| | **Houston**               **TX**        **77069** | **Wffnb/gallery Furnitur** |
| | City                      State      ZIP Code | |

Debtor 1     **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

| **Additional Page to List More Codebtors** |
| --- |

*Column 1:*  **Your codebtor**                                    *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.8**  **Judith Dernick**
Name
**13610 Bermuda Drive Court**
Number     Street

**Houston**                    **TX**     **77069**
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.15**
☐ Schedule G, line _____
**Visa (Bank of America)**

**3.9**  **Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number     Street

**Houston**                    **TX**     **77069**
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1**
☐ Schedule G, line _____
**Amex**

**3.10**  **Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number     Street

**Houston**                    **TX**     **77069**
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.2**
☐ Schedule G, line _____
**Bank Of America**

**3.11**  **Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number     Street

**Houston**                    **TX**     **77069**
City                    State     ZIP Code

☑ Schedule D, line  **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**BB&T**

**3.12**  **Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number     Street

**Houston**                    **TX**     **77069**
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.4**
☐ Schedule G, line _____
**Capital One / Saks F**

**3.13**  **Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number     Street

**Houston**                    **TX**     **77069**
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.5**
☐ Schedule G, line _____
**Citibank/Sears**

Debtor 1    **Stephen Harry Dernick** _____ Case number (if known) __**18-32417-H5-11**__

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

_Column 1:_ **Your codebtor**                                      _Column 2:_ **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14**
**Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number    Street

**Houston**    **TX**    **77069**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.6**
☐ Schedule G, line _____
**Comenity Bank/Talbots**

**3.15**
**Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number    Street

**Houston**    **TX**    **77069**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.7**
☐ Schedule G, line _____
**Comenity Bank/Talbots**

**3.16**
**Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number    Street

**Houston**    **TX**    **77069**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.8**
☐ Schedule G, line _____
**Comenitybank/talbots**

**3.17**
**Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number    Street

**Houston**    **TX**    **77069**
City    State    ZIP Code

☑ Schedule D, line   **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Ferrari Financial Services**

**3.18**
**Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number    Street

**Houston**    **TX**    **77069**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.2**
☐ Schedule G, line _____
**Internal Revenue Service**

**3.19**
**Dernick, Judith**
Name
**13610 Bermuda Dunes Court**
Number    Street

**Houston**    **TX**    **77069**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.1**
☐ Schedule G, line _____
**Internal Revenue Service**

Debtor 1   **Stephen Harry Dernick** _____   Case number (if known)   **18-32417-H5-11**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **Dernick, Judith**<br>Name<br>**13610 Bermuda Dunes Court**<br>Number      Street<br><br>**Houston**                **TX**      **77069**<br>City                                  State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.10**___<br>☐ Schedule G, line _____<br>**Neiman Marcus** |
|---|---|---|
| 3.21 | **Dernick, Judith**<br>Name<br>**13610 Bermuda Dunes Court**<br>Number      Street<br><br>**Houston**                **TX**      **77069**<br>City                                  State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.12**___<br>☐ Schedule G, line _____<br>**Saks Fifth Avenue** |
| 3.22 | **Dernick, Judith**<br>Name<br>**13610 Bermuda Dunes Court**<br>Number      Street<br><br>**Houston**                **TX**      **77069**<br>City                                  State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.14**___<br>☐ Schedule G, line _____<br>**US Bank** |
| 3.23 | **Dernick, Judith**<br>Name<br>**13610 Bermuda Dunes Court**<br>Number      Street<br><br>**Houston**                **TX**      **77069**<br>City                                  State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.15**___<br>☐ Schedule G, line _____<br>**Visa (Bank of America)** |
| 3.24 | **Dernick, Judith**<br>Name<br>**13610 Bermuda Dunes Court**<br>Number      Street<br><br>**Houston**                **TX**      **77069**<br>City                                  State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.16**___<br>☐ Schedule G, line _____<br>**Wells Fargo Home Mor** |
| 3.25 | **Dernick, Judith**<br>Name<br>**13610 Bermuda Dunes Court**<br>Number      Street<br><br>**Houston**                **TX**      **77069**<br>City                                  State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.17**___<br>☐ Schedule G, line _____<br>**Wffnb/gallery Furnitur** |

**Fill in this information to identify your case:**

Debtor 1      **Stephen**      **Harry**      **Dernick**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **18-32417-H5-11**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☐ Employed ☑ Not employed |
| **Occupation** | President | |
| **Employer's name** | Dernick Land LLC | |
| **Employer's address** | 14340 Torrey Chase Blvd #240<br>Number  Street | Number  Street |
|  | Houston   TX   77014<br>City    State   Zip Code | City    State   Zip Code |
| **How long employed there?** | 8 years | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $2,000.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | + $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $2,000.00 | $0.00 |

Debtor 1  **Stephen Harry Dernick**                                          Case number (if known) **18-32417-H5-11**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................➔ 4. | | $2,000.00 | $0.00 |
| **5.** List all payroll deductions: | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $187.58 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: | 5h.+ | $0.00 | $0.00 |
| **6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $187.58 | $0.00 |
| **7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $1,812.42 | $0.00 |
| **8.** List all other income regularly received: | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $1,250.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: | 8h.+ | $0.00 | $0.00 |
| **9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,250.00 | $0.00 |
| **10.** Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,062.42 + $0.00 = | $3,062.42 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12. **$3,062.42**  Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: Debtor anticipates use of funds that have been garnished. Debtor also anticipates income in the future from work in the oil and gas business.

Debtor 1   **Stephen Harry Dernick**                                   Case number (if known)  **18-32417-H5-11**

8a.  Attached Statement (Debtor 1)

### Wimmer Royalty Corp Distribution

**Gross Monthly Income:**                                                    **$1,250.00**

Expense                               Category                      Amount

**Total Monthly Expenses**                                                   **$0.00**

**Net Monthly Income:**                                                      **$1,250.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **18-32417-H5-11** | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

**1.** **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.** **Do you have dependents?**      ☐ No

Do not list Debtor 1 and Debtor 2.          ☑ Yes. Fill out this information for each dependent.....................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.** **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No  ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| **4.** | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$4,390.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | **$1,665.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$647.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$1,650.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | |

Debtor 1     **Stephen Harry Dernick**                                    Case number (if known)  **18-32417-H5-11**

|  |  |  | Your expenses |
|--|--|--|--|

| | | | |
|--|--|--|--|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$650.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$350.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$90.00** |
| | 6d.  Other.  Specify:  **Cablevision** | 6d. | **$250.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,500.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$185.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$400.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$156.00** |
| | 15b.  Health insurance | 15b. | **$2,100.00** |
| | 15c.  Vehicle insurance | 15c. | **$1,027.00** |
| | 15d.  Other insurance.  Specify:  **See continuation sheet** | 15d. | **$766.00** |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1  **Car Payment** | 17a. | **$3,048.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: | 17c. | |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1    **Stephen Harry Dernick**                                          Case number (if known)   **18-32417-H5-11**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.   Mortgages on other property               20a.  _____

    20b.   Real estate taxes               20b.  _____

    20c.   Property, homeowner's, or renter's insurance        20c.  _____

    20d.   Maintenance, repair, and upkeep expenses        20d.  _____

    20e.   Homeowner's association or condominium dues      20e.  _____

**21.** **Other.**  Specify:  **See continuation sheet**               21.  +_____ **$363.00**

**22.** **Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.               22a.  **$19,937.00**

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.  _____

    22c.   Add line 22a and 22b.  The result is your monthly expenses.    22c.  **$19,937.00**

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a.  **$3,062.42**

    23b.   Copy your monthly expenses from line 22c above.    23b.  − **$19,937.00**

    23c.   Subtract your monthly expenses from your monthly income. The result is your monthly net income.    23c.  **($16,874.58)**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
**None.**

| Debtor 1 | **Stephen Harry Dernick** | | Case number (if known) | **18-32417-H5-11** |
|---|---|---|---|---|

**15d. <u>Other insurance (details):</u>**

| | |
|---|---|
| **Personal Liability Insurance** | **$99.00** |
| **Jewelry and Artwork Insurance** | **$667.00** |
| Total: | **$766.00** |

**21. <u>Other.  Specify:</u>**

| | |
|---|---|
| **Pet Expenses** | **$50.00** |
| **Toll Road Expense** | **$100.00** |
| **Alarm System** | **$108.00** |
| **Internet** | **$105.00** |
| Total: | **$363.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32417-H5-11**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

Your assets
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.......................................................   **$939,194.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B.....................................   **$8,599,062.75**

    1c.  Copy line 63, Total of all property on Schedule A/B...............................................   **$9,538,256.75**

### Part 2:     Summarize Your Liabilities

Your liabilities
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   **$858,511.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................   **$0.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F...........................  **+**  **$14,864,646.00**

                      **Your total liabilities**   **$15,723,157.00**

### Part 3:     Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I................................................   **$3,062.42**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J.......................................................   **$19,937.00**

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known)   **18-32417-H5-11** _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

**7.    What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,**  Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

**9.    Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

                                                                                                   **Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.    Domestic support obligations.  (Copy line 6a.)    _____

9b.    Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.    Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.    Student loans.  (Copy line 6f.)    _____

9e.    Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.    Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

9g.    **Total.**   Add lines 9a through 9f.    _____

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32417-H5-11**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Stephen Harry Dernick**_____          X _____
Stephen Harry Dernick, Debtor 1                              Signature of Debtor 2

Date **06/04/2018**_____                                          Date _____
     MM / DD / YYYY                                                      MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|

| Debtor 1 | **Stephen** | **Harry** | **Dernick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)   **18-32417-H5-11**

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1      **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes.  Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$15,000.00** | ☐ Wages, commissions, bonuses, tips | |
|  | ☒ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☒ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
|  | ☒ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2016** )<br>YYYY | ☒ Wages, commissions, bonuses, tips | $157,262.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☒ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☒ No
☐ Yes.  Fill in the details.

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known)   **18-32417-H5-11** _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **BB&T** | | $13,170.00 | $698,316.00 | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn: Bankruptcy** | **Monthly Payment (last 90 days)** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **PO Box 1847** | | | | ☐ Suppliers or vendors |
| **Wilson        NC    27894** | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ferrari Financial Services** | | $9,144.00 | $160,195.00 | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **75 Remittance Road** | **Monthly Payment (last 90 days)** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Chicago        IL    60675** | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Amex** | | | $13,258.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Correspondence** | | | | ☑ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **PO Box 981540** | | | | ☐ Suppliers or vendors |
| **El Paso        TX    79998** | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

—

Debtor 1     **Stephen Harry Dernick**                                    Case number (if known) __18-32417-H5-11__

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

    ☐ No
    ☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Barry Conge Harris** | | **$23,639.00** | **$64,392.00** | **Legal services** |
| Insider's name | | | | |
| **1776 Yorktown Street #350** | **Variou** | | | |
| Number   Street | | | | |
| | | | | |
| **Houston**          **TX**     **77056** | | | | |
| City                State    ZIP Code | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **David H. Russell Family LTD Partnership, LLLP and Northstar Gas Ventures, LLC** | **Lawsuit** | **United States District Court** | ☑ Pending |
| | **Consolidated Cases:** | Court Name | |
| Case number **4:17-CV-01230** | **Civil Action No. 4:17-CV-01230** | **Southern District of Texas** | ☐ On appeal |
| | **Civil Action No. 4:17-CV-01230** | Number    Street | |
| | | **515 Rusk Ave** | ☐ Concluded |
| | | | |
| | | **Houston**          **TX**     **77002** | |
| | | City                State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Encore Alliance vs. Stephen Dernick and David Dernick** | **Lawsuit on amounts owed** | **125th Judicial District Court Harris County** | ☑ Pending |
| | | Court Name | |
| Case number **2018-30043** | | **201 Caroline** | ☐ On appeal |
| | | Number    Street | |
| | | | ☐ Concluded |
| | | | |
| | | **Houston**          **TX**     **77002** | |
| | | City                State    ZIP Code | |

Official Form 107             **Statement of Financial Affairs for Individuals Filing for Bankruptcy**             page 4

Debtor 1      **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

**10.  Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☑ Yes.  Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Stutzman, Bromberg, Esserman & Plifka**<br>Creditor's Name | **Wells Fargo Bank**<br>**Checking Account xxx7449** | **4/26/2018** | **$86,591.55** |
| | **Checking Account xxx1971** | | |
| **2323 Bryan Street, Suite 2200**<br>Number     Street | **Checking Account xxx4190** | | |

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☑ Property was garnished.
☐ Property was attached, seized, or levied.

**Dallas**                         **TX**    **75201**
City                               State    ZIP Code

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Stutzman, Bromberg, Esserman & Plifka**<br>Creditor's Name | **Bank of America**<br>**Checking Account xxx4281** | **4/26/2018** | **$2,150.00** |
| | **Checking Account xxx2188** | | |
| **2323 Bryan Street, Suite 2200**<br>Number     Street | **Checking Account xxx4647** | | |

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☑ Property was garnished.
☐ Property was attached, seized, or levied.

**Dallas**                         **TX**    **75201**
City                               State    ZIP Code

**11.  Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12.  Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

Debtor 1   **Stephen Harry Dernick**                                          Case number (if known)   **18-32417-H5-11**

## Part 5:   List Certain Gifts and Contributions

**13.  Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts 2017 Suburu Outlook | Dates you gave the gifts | Value |
|---|---|---|---|
| **Thomas H Dernick** Person to Whom You Gave the Gift | | **4/2017** | **$15,000.00** |
| **5806 Belmoor, Unit B** Number      Street | | | |
| **Austin**     **TX**   **78723** City     State   ZIP Code | | | |

Person's relationship to you **Son**

**14.  Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

**15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:   List Certain Payments or Transfers

**16.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred Legal Fees | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Baker & Associates** Person Who Was Paid | | **5/2/2018** | **$7,000.00** |
| **950 Echo Lane, Suite 200** Number      Street | | | |
| **Houston**     **TX**   **77024** City     State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Stephen Harry Dernick** _____     Case number (if known)   **18-32417-H5-11**

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Debt Helper.Com** | **Credit Counseling Course** | | |
| Person Who Was Paid | | | |
| **Credit Card Management Services, Inc.** | | **4/30/2018** | **$24.00** |
| Number      Street | | | |
| **4611 Okeechobee Blvd., Suite 114** | | | |
| | | _____ | _____ |
| **West Palm Beach**      **FL**    **33417** | | | |
| City                              State   ZIP Code | | | |
| _____ | | | |
| Email or website address | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Laura E Dernick** | **2013 Mercedes Benz GL 500** | **$30,000** | **2/2018** |
| Person Who Received Transfer | | | |
| **7106 Concho Mountain** | | | |
| Number      Street | | | |
| _____ | | | |
| **Houston**              **TX**    **77069** | | | |
| City                              State   ZIP Code | | | |

Person's relationship to you  **Daughter** _____

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Stephen Harry Dernick**                                    Case number (if known)   **18-32417-H5-11**

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ No
    ☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>Name of Storage Facility | <br>Name | **Seasonal decorations, books, miscellaneous household items** | ☐ No<br>☑ Yes |
| **4330 FM 1960 Road**<br>Number     Street | <br>Number     Street |  |  |
| <br> | <br> |  |  |
| **Houston        TX   77068**<br>City              State   ZIP Code | <br>City                    State   ZIP Code |  |  |

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known) __**18-32417-H5-11**__

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes.  Fill in the details.

25.  Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes.  Fill in the details.

26.  Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes.  Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Dernick Land, LLC** _____
Business Name

**14340 Torrey Chase Blvd, Ste 240**
Number    Street

_____

**Houston**          **TX**   **77014**
City                State   ZIP Code

Describe the nature of the business
**Oil and Gas Exploration**

Name of accountant or bookkeeper
**Dennis W. Baroskewitz**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **2   7** – **1   2   9   5   2   3   8**

Dates business existed

From  **11/12/2009**   To  **1/6/2016**

Debtor 1   **Stephen Harry Dernick**          Case number (if known)   **18-32417-H5-11**

**Dernick Vale, LLC**
Business Name

**14340 Torrey Chase Blvd, Ste 240**
Number   Street

_____

**Houston**          **TX**   **77014**
City                 State  ZIP Code

Describe the nature of the business
**Oil and Gas Exploration**

Name of accountant or bookkeeper
**Dennis W. Baroskewitz**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 7  6 – 0  6  2  3  7  7  4

Dates business existed

From   **11/1/1999**   To   **Present**

---

**SJDernick Properties, LTD**
Business Name

**14340 Torrey Chase Blvd, Ste 240**
Number   Street

_____

**Houston**          **TX**   **77014**
City                 State  ZIP Code

Describe the nature of the business
**Oil and Gas Investments**

Name of accountant or bookkeeper
**Dennis W. Baroskewitz**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 6  8 – 0  6  7  2  2  8  1

Dates business existed

From   **11/14/2007**   To   **Present**

---

**Ponoka Petroleum, Inc**
Business Name

**14340 Torrey Chase Blvd, Ste 240**
Number   Street

_____

**Houston**          **TX**   **77014**
City                 State  ZIP Code

Describe the nature of the business
**Oil and Gas Exploration**

Name of accountant or bookkeeper
**Dennis W. Baroskewitz**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 7  6 – 0  3  2  9  1  7  3

Dates business existed

From   **4/17/1990**   To   **Present**

---

**Wimmer Petroleum Corporation**
Business Name

**14340 Torrey Chase Blvd, Ste 240**
Number   Street

_____

**Houston**          **TX**   **77014**
City                 State  ZIP Code

Describe the nature of the business
**Oil and Gas Royalties**

Name of accountant or bookkeeper
**Dennis W. Baroskewitz**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 7  6 – 0  2  9  3  2  5  6

Dates business existed

From   **9/15/1987**   To   **Present**

---

**Corsa Petroleum LLC**
Business Name

**14340 Torrey Chase Blvd**
Number   Street

_____

**Houston**          **TX**   **77014**
City                 State  ZIP Code

Describe the nature of the business
**Entity entered into a transaction with Riley Exploration Group LLC that was assigned to Debtor as the agent/representative for "Ex-Cinco/DRI Minority Shareholders." Debtor is no longer involved with Corsa Petroleum. Interests became part of the interests in Riley Exploration Permian, LLC. Interests became part of the interests in Riley Exploration Permian, LLC.**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ____ – ____ ____ ____ ____ ____ ____ ____

Dates business existed

From _____   To _____

---

Debtor 1    **Stephen Harry Dernick** _____    Case number (if known)  **18-32417-H5-11** _____

**Cavallo Petroleum LLC** _____
Business Name

**14340 Torrey Chase Blvd** _____
Number      Street

_____

**Houston**          **TX**    **77014**
City                        State    ZIP Code

**Describe the nature of the business
Entity entered into a transaction with
Riley Exploration Group LLC that was
assigned to Debtor as the
agent/representative for "Ex-Cinco/DRI
Minority Shareholders." Debtor is no
longer involved with Cavallo
Petroleum.  Interests became part of
the interests in Riley Exploration
Permian, LLC.**

**Name of accountant or bookkeeper**

**Employer Identification number
Do not include Social Security number or ITIN.**

EIN:  ___  ___ – ___  ___  ___  ___  ___  ___

**Dates business existed**

From _____     To _____

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include
all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Stephen Harry Dernick** _____          X  _____
Stephen Harry Dernick, Debtor 1                                        Signature of Debtor 2

Date    **06/04/2018** _____                                Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____          Attach the  *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature*  (Official Form 119).