# **EXHIBIT A**

## Reinstatement Balance - ▮▮▮▮6197

**LOAN DETAILS**

| | |
|---|---|
| LoanID: | ▮▮▮▮6197 |
| Due Date: | 6/1/2018 |
| Current Principal Balance: | $701,024.52 |
| Escrow Balance: | ($50,662.04) |
| Unapplied Balance: | $0.00 |
| Late Charge Balance: | $0.00 |
| NSF Fee Balance: | $0.00 |
| Legal Fee Balance: | $700.00 |
| Accrual Balance: | $0.00 |
| Other Fees Balance: | $194.50 |
| Figure Good Thru Date: | 9/2/2020 |

**BORROWER INFO**

| | |
|---|---|
| Primary Borrower Name: | DERNICK, STEPHEN H |
| Co Borrower Name: | DERNICK, JUDITH M |

**REINSTATEMENT FIGURES**

| | |
|---|---|
| Total PITI Payments Due: | $128,805.21 |
| Total Corp Adv/Late/NSF/Atty Fees: | $894.50 |
| Unapplied Balance: | $0.00 |
| Escrow Required: | $46,234.43 |
| Outstanding FC Fees & Costs: | $0.00 |
| **Total Reinstatement Figure*:** | **$175,934.14** |

*(Total PITI + Fees + Unapplied + Escrow Required + FC Fees & Costs)

The account may not be funded for the coming year

**Please add any outstanding foreclosure fees and costs to this reinstatement



9/2/2020 10:15:26 AM  -  Page 1 of 2

**PAYMENTS DUE DETAIL**

| Due Date | Interest Rate | Prin & Int Pmt | Escrow Pmt | Total Payment | Principal Amount | Interest Amount | Principal Bal |
|---|---|---|---|---|---|---|---|
| 6/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,661.46 | $2,701.87 | $699,363.06 |
| 7/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,667.87 | $2,695.46 | $697,695.19 |
| 8/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,674.30 | $2,689.03 | $696,020.89 |
| 9/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,680.75 | $2,682.58 | $694,340.14 |
| 10/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,687.23 | $2,676.10 | $692,652.91 |
| 11/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,693.73 | $2,669.60 | $690,959.18 |
| 12/1/2018 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,700.26 | $2,663.07 | $689,258.92 |
| 1/1/2019 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,706.81 | $2,656.52 | $687,552.11 |
| 2/1/2019 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,713.39 | $2,649.94 | $685,838.72 |
| 3/1/2019 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,719.99 | $2,643.34 | $684,118.73 |
| 4/1/2019 | 4.625% | $4,363.33 | $0.00 | $4,363.33 | $1,726.62 | $2,636.71 | $682,392.11 |
| 5/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,612.79 | $2,985.47 | $680,779.32 |
| 6/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,619.85 | $2,978.41 | $679,159.47 |
| 7/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,626.94 | $2,971.32 | $677,532.53 |
| 8/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,634.06 | $2,964.20 | $675,898.47 |
| 9/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,641.20 | $2,957.06 | $674,257.27 |
| 10/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,648.38 | $2,949.88 | $672,608.89 |
| 11/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,655.60 | $2,942.66 | $670,953.29 |
| 12/1/2019 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,662.84 | $2,935.42 | $669,290.45 |
| 1/1/2020 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,670.11 | $2,928.15 | $667,620.34 |
| 2/1/2020 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,677.42 | $2,920.84 | $665,942.92 |
| 3/1/2020 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,684.76 | $2,913.50 | $664,258.16 |
| 4/1/2020 | 5.250% | $4,598.26 | $0.00 | $4,598.26 | $1,692.13 | $2,906.13 | $662,566.03 |
| 5/1/2020 | 4.250% | $4,240.37 | $0.00 | $4,240.37 | $1,893.78 | $2,346.59 | $660,672.25 |
| 6/1/2020 | 4.250% | $4,240.37 | $0.00 | $4,240.37 | $1,900.49 | $2,339.88 | $658,771.76 |
| 7/1/2020 | 4.250% | $4,240.37 | $1,475.87 | $5,716.24 | $1,907.22 | $2,333.15 | $656,864.54 |
| 8/1/2020 | 4.250% | $4,240.37 | $1,475.87 | $5,716.24 | $1,913.97 | $2,326.40 | $654,950.57 |
| 9/1/2020 | 4.250% | $4,240.37 | $1,475.87 | $5,716.24 | $1,920.75 | $2,319.62 | $653,029.82 |

Total Payments Due: $128,805.21   Count: 28

\*\*Please add any outstanding foreclosure fees and costs to this reinstatement



Shellpoint Mortgage Servicing